| | |
|---|---|
| 1 | **JOHNSON FISTEL, LLP** |
| | Frank J. Johnson (SBN 174882) |
| 2 | FrankJ@johnsonfistel.com |
| | Brett M. Middleton (SBN 199427) |
| 3 | BrettM@johnsonfistel.com |
| | Kristen O'Connor (SBN 305113) |
| 4 | KristenO@johnsonfistel.com |
| | 655 West Broadway, Suite 1400 |
| 5 | San Diego, CA 92101 |
| | Telephone: (619) 230-0063 |
| 6 | Facsimile: (619) 255-1856 |
| 7 | *Counsel for Plaintiff* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL TOLLEN, on behalf of himself and a class of similarly situated investors, | Case No.: 20-cv-547 |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | **CLASS ACTION** |
| GERON CORPORATION and JOHN A. SCARLETT | |
| Defendants. | |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 23, 2020

**JOHNSON FISTEL, LLP**

By: */s/ Brett M. Middleton*
BRETT M. MIDDLETON

FRANK J. JOHNSON
KRISTEN O'CONNOR
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
BrettM@johnsonfistel.com
FrankJ@johnsonfistel.com
KristenO@johnsonfistel.com