UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOLLEN,<br><br>      Plaintiff,<br><br>   v.<br><br>GERON CORPORATION and JOHN A. SCARLETT,<br><br>      Defendants. | No. C 20-00547 WHA<br><br>**ORDER RE MOTIONS TO APPOINT LEAD PLAINTIFF** |

All motions to appoint lead plaintiff must be supplemented by the appended questionnaire and certification (to the extent not already submitted) by **APRIL 7 AT NOON**. As a further note, applications for class counsel shall be deferred until after the lead plaintiff has been appointed.

**IT IS SO ORDERED.**

Dated: March 31, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE