UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE GERON CORPORATION
SHAREHOLDER DERIVATIVE
LITIGATION

No. C 20-00547 WHA

**ORDER RE ADMINISTRATIVE MOTION TO SEAL COMPLAINT IN NOW-CONSOLIDATED CASE NO. 21-02422**

**THIS DOCUMENT RELATES TO: 21-CV-02422**

Pursuant to the response by defendants at Dkt. No. 150, the motion to seal the complaint filed in 21-02422 is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 7, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE