UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIA JUNGE and RICHARD JUNGE, on behalf of themselves and similarly situated investors,

    Plaintiffs,

    v.

GERON CORPORATION and JOHN A. SCARLETT,

    Defendants.

No. C 20-00547 WHA

**ORDER RE PROPOSED FORM OF NOTICE AND PLAN OF DISTRIBUTION**

    The form of notice appears acceptable but, as stated in the certification order, the notice must list all case numbers (please also list any related magistrate case numbers). The notice and opt-out process also appears acceptable, subject to the following modifications:

1. The parties shall not require 'magic words' to opt out. Rather, the parties shall accept as a request for exclusion any clear expression by a class member of the wish not to be part of the class.

2. The claims administrator will mail the long-form notice to all class members at their last known mailing address via First Class Mail and include a pre-paid envelope with the claims administrator's mailing address.

3. Upon request, the claims administrator will send to nominee purchaser firms and other persons and entities who may have purchased Geron common stock for the

beneficial interest of persons or entities other than themselves <u>within 25 business days</u> of this order (*see* Dkt. No. 216 ¶7(i)).

4. If nominee purchasers provide a list of names and addresses of all such beneficial owners to the notice administrator, the notice administrator shall send the notice <u>within seven days</u> (replacing "promptly") (*id.* ¶7(ii)).

5. The exterior of the envelope for the mailed notice shall state: "Important Class Action Notice" and shall say it is "From the United States District Court, Northern District of California, Honorable William Alsup, 450 Golden Gate Avenue, San Francisco, CA 94102," with the return address as the claims administrator. (Please ensure that the language detailing the Court's address is located such that it cannot be mistaken for the delivery address for the notice, e.g., on the reverse of the envelope.)

6. If a mailed notice is returned as undeliverable, the claims administrator shall also use the National Change of Address registry in addition to any other reasonable efforts to, if possible, resend the notice to an updated address.

7. Contact information for the notice administrator must include a phone number and email address, both of which are regularly monitored.

**IT IS SO ORDERED.**

Dated: May 3, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE