1  **KAPLAN FOX & KILSHEIMER LLP**
   Laurence D. King (SBN 206423)
2  Kathleen A. Herkenhoff (SBN 168562)
   Blair E. Reed (SBN 316791)
3  1999 Harrison Street, Suite 1560
   Oakland, CA 94612
4  Telephone: (415) 772-4700
   Facsimile: (415) 772-4707
5  *lking@kaplanfox.com*
   *kherkenhoff@kaplanfox.com*
6  *breed@kaplanfox.com*

7  **KAPLAN FOX & KILSHEIMER LLP**
   Robert N. Kaplan (admitted *pro hac vice*)
8  Jeffrey P. Campisi (admitted *pro hac vice*)
   Jason A. Uris (admitted *pro hac vice*)
9  850 Third Avenue, 14th Floor
   New York, NY 10022
10 Telephone:  (212) 687-1980
   Facsimile:  (212) 687-7714
11 *rkaplan@kaplanfox.com*
   *jcampisi@kaplanfox.com*
12 *juris@kaplanfox.com*

13 *Class Counsel for Lead Plaintiffs Julia and
   Richard Junge and the Class*
14

15              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
16              **SAN FRANCISCO DIVISION**

17 | JULIA JUNGE and RICHARD JUNGE, on | Case No.: 3:20-cv-00547-WHA (DMR) |
   | behalf of themselves and a class of similarly | |
18 | situated investors, | CLASS ACTION |
   | | |
19 | Plaintiffs, | (Consolidated with Case No. 3:20-cv-01163- |
   | | WHA) |
20 | v. | |
   | | (Related to Case No.: 3:20-cv-02823-WHA; |
21 | GERON CORPORATION and JOHN A. | 3:22-mc-80051-WHA) |
   | SCARLETT, | |
22 | | **STIPULATION AND [~~PROPOSED~~]** |
   | Defendants. | **ORDER CONCERNING DEPOSITION** |
23 | | **UNDER FED. R. CIV. P. 30(b)(1) AFTER** |
   | | **FACT DISCOVERY CUT-OFF** |
24

25

26

27

28

1    WHEREAS, the Case Management Order (ECF No. 139) in the above-captioned action

2  provides that the non-expert discovery cut-off date was March 18, 2022;

3    WHEREAS, on December 21, 2021, under Rule 26 of the Court's Supplemental Order to

4  Order Setting Initial Case Management Conference in Civil Cases before Judge William Alsup, Lead

5  Plaintiffs requested from Defendants dates for depositions of certain current or former employees of

6  Defendant Geron Corporation ("Geron" or the "Company"), including Neeru Batra, a current

7  employee of Geron;

8    WHEREAS, on January 4, 2022, Defendants informed Lead Plaintiffs that Ms. Batra is

9  currently on maternity leave from the Company;

10    WHEREAS, on January 6 and 21, 2022, Lead Plaintiffs asked Defendants to advise when

11  Ms. Batra may be available for a deposition during the fact-discovery period;

12    WHEREAS, on February 2, 2022, Defendants informed Lead Plaintiffs that Ms. Batra is

13  currently out on medical leave and then she will be out on maternity leave with a newborn child and,

14  therefore, is unavailable to be deposed during the fact-discovery period (*i.e.*, on or before March 18,

15  2022);

16    WHEREAS, the Parties met and conferred, and agreed that Lead Plaintiffs may take

17  Ms. Batra's deposition after the fact discovery cut-off, and on February 9, 2022, submitted a

18  Stipulation and Proposed Order Concerning Deposition under Fed. R. Civ. P. 30(b)(1) after Fact

19  Discovery Cut-Off (ECF No. 161);

20    WHEREAS, on February 10, 2022, the Court so ordered the parties stipulation that under

21  Rule 30(b)(1) of the Federal Rules of Civil Procedure and the Case Management Order (ECF

22  No. 139), Lead Plaintiffs may take Ms. Batra's deposition after the fact discovery cut-off of March 18,

23  2022; and Defendants shall provide at least three dates when Ms. Batra would be available for such a

24  deposition under Rule 30(b)(1) of the Federal Rules of Civil Procedure on or before June 2, 2022 (ECF

25  No. 162);

26    WHEREAS, on March 22, 2022, the Court entered the Joint Stipulation for Modification of

27  Certain Deadlines in Case Management Order [ECF No. 139], which, among other things, set

28  September 12, 2022, as the deadline for dispositive motions (ECF No. 195, ¶ 5);

STIP. & [PROPOSED] ORDER RE DEPOSITION UNDER F.R.C.P. 30(B)(1) AFTER FACT DISCOVERY CUT-OFF

1      WHEREAS, on May 4, 2022, the Parties discussed the timing of Ms. Batra's deposition in

2   light of the modifications to the deadlines in the Case Management Order and Defendants informed

3   Lead Plaintiffs that Ms. Batra continues to be out on maternity leave and, therefore, is unavailable to

4   be deposed on or before June 2, 2022;

5      WHEREAS, on May 16, 2022, Defendants informed Lead Plaintiffs that Ms. Batra still does

6   not have a return date from her maternity leave, but provided Lead Plaintiffs with three dates before

7   the dispositive motion deadline of September 12, 2022 (July 26-28, 2022), where Ms. Batra had agreed

8   to make herself available for deposition; and

9      WHEREAS, on May 17, 2022, Lead Plaintiffs informed Defendants that they selected July 27,

10  2022 to take Ms. Batra's deposition;

11     ACCORDINGLY, the Parties stipulate, and request that the Court order, as follows:

12     Under Rule 30(b)(1) of the Federal Rules of Civil Procedure and the Case Management Order

13  (ECF No. 139), as modified by ECF No. 195, Lead Plaintiffs may take Ms. Batra's deposition on July

14  27, 2022.

15  DATED:  May 18, 2022                              Respectfully submitted,

16  **KAPLAN FOX & KILSHEIMER LLP**                   **COOLEY LLP**

17  By:  /s/ *Jeffrey P. Campisi*                     By:  /s/ *Ryan E. Blair*
         Jeffrey P. Campisi                                Ryan E. Blair
18
    Robert N. Kaplan (admitted *pro hac vice*)        JOHN C. DWYER (136533)
19  Jeffrey P. Campisi (admitted *pro hac vice*)      (dwyerjc@cooley.com)
    Jason A. Uris (admitted *pro hac vice*)           BRETT H. DE JARNETTE (292919)
20  850 Third Avenue, 14th Floor                      (bdejarnette@cooley.com)
    New York, NY 10022                                3175 Hanover Street
21  *rkaplan@kaplanfox.com*                           Palo Alto, California 94304-1130
    *jcampisi@kaplanfox.com*
22  *juris@kaplanfox.com*                             RYAN E. BLAIR (246724)
                                                      (rblair@cooley.com)
23  Laurence D. King (SBN 206423)                     4401 Eastgate Mall
    Kathleen A. Herkenhoff (SBN 168562)               San Diego, California 92121-1909
24  Blair E. Reed (SBN 316791)
    1999 Harrison Street, Suite 1560                  JEFFREY D. LOMBARD (285371)
25  Oakland, CA 94612                                 (jlombard@cooley.com)
    *lking@kaplanfox.com*                             1700 Seventh Avenue, Suite 1900
26  *kherkenhoff@kaplanfox.com*                       Seattle, Washington 98101-1355
    *breed@kaplanfox.com*
27
    *Class Counsel for Lead Plaintiffs Julia Junge*   *Attorneys for Defendants Geron Corporation and*
28  *and Richard Junge and the Class*                 *John A. Scarlett*

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER RE DEPOSITION UNDER F.R.C.P. 30(B)(1) AFTER FACT DISCOVERY CUT-OFF

1          **[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5     Dated: __May 23_____, 2022

                                          THE HONORABLE WILLIAM ALSUP
6                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER RE DEPOSITION UNDER F.R.C.P. 30(B)(1) AFTER FACT DISCOVERY CUT-OFF