UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA JUNGE and RICHARD JUNGE, on behalf of themselves and similarly situated investors,<br><br>Plaintiffs,<br><br>v.<br><br>GERON CORPORATION and JOHN A. SCARLETT,<br><br>Defendants. | No. C 20-00547 WHA<br><br>**ORDER RE JANSSEN DOCUMENT PRODUCTION** |

The letter dated June 3, 2022, from Janssen Biotech, Inc. ("Janssen") is insufficient to extend the discovery deadline. A sworn motion is necessary to make such a request. Should Janssen not complete production by June 14, 2022, it will be in violation of a court-ordered deadline.

**IT IS SO ORDERED.**

Dated: June 10, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE