UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOLLEN, et al., | |
|     Plaintiffs, | No. C 20-00547 WHA |
|   v. | |
| GERON CORPORATION, et al., | **AMENDED SCHEDULING ORDER** |
|     Defendants. | |

Due to third-party Janssen's delay in production of documents, which is now scheduled to be completed with privilege log by **JULY 6, 2022**, the due dates in this case are revised as follows:

1. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") shall be **JULY 27, 2022**, which is three weeks after the deadline for Janssen to complete its production and privilege log. Within **fourteen calendar days** of said deadline, all other parties must disclose any expert reports on the same issue ("opposition reports"), which shall be **AUGUST 10, 2022**. Within **seven calendar days** thereafter, the party with the burden of proof must disclose any reply reports rebutting specific material in opposition reports, which shall be **AUGUST 17, 2022**.

2. The cutoff for all expert discovery shall be **fourteen calendar days** after the deadline for reply reports, which shall be **AUGUST 31, 2022**.

3. The last date to file dispositive motions shall be **OCTOBER 11, 2022**, and the parties must adhere to the 35-day track. Daubert motions must be treated as motions *in limine* to be heard at the finial pretrial conference — there are no separate Daubert proceedings.

4. The **final pretrial conference** shall be held on **JANUARY 11, 2023**, at **2:00 p.m**.

5. The jury trial is set for **JANUARY 17, 2023**, at **7:30 a.m**.

**IT IS SO ORDERED.**

Dated: June 28, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE