UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOLLEN, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>GERON CORPORATION, et al.,<br><br>   Defendants. | Case No. 3:20-cv-00547-WHA (DMR)<br><br>**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that a further settlement conference is scheduled for **August 12, 2022 at 10:00 a.m. in Oakland, Videoconference only.**

Parties shall comply with the requirements and procedures set forth in this court's Notice of Settlement Conference and Settlement Conference Order dated May 2, 2022. [*See* Docket No. 220.]

**IT IS SO ORDERED.**

Dated: July 5, 2022

_____
DONNA M. RYU
United States Magistrate Judge