UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA JUNGE, and RICHARD JUNGE, on behalf of themselves and similarly situated investors,<br><br>Plaintiffs,<br><br>v.<br><br>GERON CORPORATION, and JOHN A. SCARLETT,<br><br>Defendants. | No. C 22-80051 WHA<br><br>**ORDER RE JOINT STATUS REPORT** |

The Court is in receipt of the joint status report regarding Janssen's successful completion of production. Janssen's request to appear telephonically to the in-person status conference on Thursday, July 14, 2022, at 11 A.M. PST is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 8, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE