UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA JUNGE, and RICHARD JUNGE, on behalf of themselves and similarly situated investors,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GERON CORPORATION, and JOHN A. SCARLETT,<br><br>　　　　　Defendants. | No. C 22-80051 WHA<br><br>**ORDER RE JANSSEN APPERANCE** |

　　　　The sole reason that the trial had to be postponed was because Janssen dragged its feet and had taken so long to produce the relevant documents. Janssen took from March 22 to July 4, 2022, a total of 104 days, to produce the records and privilege log in question (Dkt. 39, Dkt. 45, Dkt. 46). This prejudiced plaintiffs, and possibly defendants, because of the need to take depositions based on the produced documents. All of this put too much pressure on the then-existing trial date. Last week, the Court denied Janssen's request to appear by telephone. (Dkt. 47). If this causes additional expense, Janssen has no one to blame but itself and its lawyers. It is important to the Court that counsel be here in person to discuss these issues. (Moreover, it is improper to make a telephone request like Janssen's counsel have made.)

Dated: July 11, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE