**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JULIA JUNGE and RICHARD JUNGE, on behalf of themselves and a class of similarly situated investors,<br><br>      Plaintiff,<br><br> v.<br><br>GERON CORPORATION and JOHN A. SCARLETT,<br><br>      Defendants. | Case No. 3:20-cv-00547-WHA<br><br>CLASS ACTION<br><br>(Consolidated with Case No. 3:20-cv-01163-WHA)<br>(Related to Case No. 3:22-mc-80051-WHA)<br><br>[~~PROPOSED~~] ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES IN THE JUNE 28, 2022 AMENDED SCHEDULING ORDER (ECF No. 231) |

1	Before the Court is Lead Plaintiffs' Unopposed Motion to Extend Expert Disclosure and
2	Discovery Deadlines in the June 28, 2022 Amended Scheduling Order (ECF No. 231) (the
3	"Motion").  The Court, having reviewed the Motion and accompanying Declaration of Jeffrey P.
4	Campisi dated July 22, 2022 in support thereof, and hereby ORDERS that the Motion is GRANTED
5	as follows:

6	    1.  The last date for designation of expert testimony and disclosure of full expert reports
7	under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening
8	reports") shall be SEPTEMBER 9, 2022. Within fourteen calendar days of said deadline,
9	all other parties must disclose any expert reports on the same issue ("opposition
10	reports"), which shall be SEPTEMBER 23, 2022. Within seven calendar days thereafter,
11	the party with the burden of proof must disclose any reply reports rebutting specific
12	material in opposition reports, which shall be SEPTEMBER 30, 2022.

13	    2.  Expert discovery cut-off shall be October 14, 2022;

14	    3.  Dispositive motion deadline shall be November 14, 2022, and the parties must adhere
15	to the 35-day track. Daubert motions must be treated as motions in limine to be heard at
16	the finial pretrial conference — there are no separate Daubert proceedings.

17	    4.  The final pretrial conference remains set, pursuant to ECF No. 231, on JANUARY 11,
18	2023, at 2:00 p.m.

19	    5.  The jury trial remains set, pursuant to ECF No. 231, for JANUARY 17, 2023, at 7:30
20	a.m.

21	IT IS SO ORDERED.

24	DATED: July 24, 2022.    _____
25	                                            Hon. William Alsup
                                            United States District Judge