**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*rkaplan@kaplanfox.com*
*jcampisi@kaplanfox.com*
*juris@kaplanfox.com*

*Class Counsel for Lead Plaintiffs Julia and Richard Junge and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JULIA JUNGE and RICHARD JUNGE, on behalf of themselves and a class of similarly situated investors,<br><br>Plaintiffs,<br>v.<br><br>GERON CORPORATION and JOHN A. SCARLETT,<br><br>Defendants. | Case No.: 3:20-cv-00547-WHA (DMR)<br><br>CLASS ACTION<br><br>(Consolidated with Case No. 3:20-cv-01163-WHA)<br><br>(Related to Case No.: 3:20-cv-02823-WHA; 3:22-mc-80051-WHA)<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING DEPOSITION UNDER FED. R. CIV. P. 30(b)(1) AFTER FACT DISCOVERY CUT-OFF** |

1  WHEREAS, the Case Management Order (ECF No. 139) in the above-captioned action provides that the non-expert discovery cut-off date was March 18, 2022;

WHEREAS, on December 21, 2021, under Rule 26 of the Court's Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases before Judge William Alsup, Lead Plaintiffs requested from Defendants dates for depositions of certain current or former employees of Defendant Geron Corporation ("Geron" or the "Company"), including Neeru Batra, a current employee of Geron;

WHEREAS, on January 4, 2022, Defendants informed Lead Plaintiffs that Ms. Batra is currently on maternity leave from the Company;

WHEREAS, on January 6 and 21, 2022, Lead Plaintiffs asked Defendants to advise when Ms. Batra may be available for a deposition during the fact-discovery period;

WHEREAS, on February 2, 2022, Defendants informed Lead Plaintiffs that Ms. Batra is currently out on medical leave and then she will be out on maternity leave with a newborn child and, therefore, is unavailable to be deposed during the fact-discovery period (*i.e.*, on or before March 18, 2022); and,

WHEREAS, the Parties met and conferred, and agreed that Lead Plaintiffs may take Ms. Batra's deposition after the fact discovery cut-off, and on February 9, 2022, submitted a Stipulation and Proposed Order Concerning Deposition under Fed. R. Civ. P. 30(b)(1) after Fact Discovery Cut-Off (ECF No. 161),

WHEREAS, on February 10, 2022, the Court so ordered the parties stipulation that under Rule 30(b)(1) of the Federal Rules of Civil Procedure and the Case Management Order (ECF No. 139), Lead Plaintiffs may take Ms. Batra's deposition after the fact discovery cut-off of March 18, 2022; and Defendants shall provide at least three dates when Ms. Batra would be available for such a deposition under Rule 30(b)(1) of the Federal Rules of Civil Procedure on or before June 2, 2022. ECF No. 162;

WHEREAS, on March 22, 2022, the Court entered the Joint Stipulation for Modification of Certain Deadlines in Case Management Order [ECF No. 139], which, among other things, set September 12, 2022, as the deadline for dispositive motions (ECF No. 195, ¶ 5);

1  WHEREAS, on May 4, 2022, the Parties discussed the timing of Ms. Batra's deposition. In light of the modifications to the deadlines in the Case Management Order and Defendants informed Lead Plaintiffs that Ms. Batra continues to be out on maternity leave and, therefore, is unavailable to be deposed on or before June 2, 2022;

WHEREAS, on May 16, 2022, Defendants informed Lead Plaintiffs that Ms. Batra still does not have a return date from her maternity leave, but provided Lead Plaintiffs with three dates before the dispositive motion deadline of September 12, 2022 (July 26-28, 2022), where Ms. Batra had agreed to make herself available for deposition;

WHEREAS, on May 17, 2022, Lead Plaintiffs informed Defendants that they selected July 27, 2022, to take Ms. Batra's deposition;

WHEREAS, on May 18, 2022, the Parties submitted a Stipulation and Proposed Order Concerning Deposition under Fed. R. Civ. P. 30(b)(1) after Fact Discovery Cut-Off (ECF No. 223), and, on May 23, 2022, the Court ordered that Ms. Batra's deposition may take place on July 27, 2022 (ECF No. 224);

WHEREAS, on June 28, 2022, the Court entered an Amended Scheduling Order whereby it, among other things, (1) extended the expert discovery cut-off to August 31, 2022, and the last date to file a dispositive motion to October 11, 2022, and (2) moved the Parties' trial date to January 17, 2023 (ECF No. 231);

WHEREAS, on July 22, 2022, Defendants informed Plaintiffs that Ms. Batra had not yet returned to work from her maternity leave and requested that Plaintiffs agree to further defer Ms. Batra's deposition and, subsequently, on July 23, 2022, informed Plaintiffs that Ms. Batra was available any day during the week of September 6-9, 2022, for her deposition;

WHEREAS, on July 22, 2022, Plaintiffs filed an Unopposed Motion to Extend Expert Disclosure and Discovery Deadlines in the June 28, 2022 Amended Scheduling Order, requesting that the Court extend, among other things, the expert discovery cut-off to October 14, 2022, and the dispositive motion deadline to November 14, 2022 (ECF No. 237);

1    WHEREAS, on July 24, 2022, the Court entered an order, among other things, extending the expert discovery cut-off to October 14, 2022, and the dispositive motion deadline to November 14, 2022 (ECF No. 238);

WHEREAS, on July 24, 2022, Plaintiffs informed Defendants that they selected September 7, 2022, to take Ms. Batra's deposition;

ACCORDINGLY, the Parties stipulate, and request that the Court order, as follows:

Under Rule 30(b)(1) of the Federal Rules of Civil Procedure and the Case Management Order (ECF No. 139), as modified by ECF Nos. 195, 231, and 238, Lead Plaintiffs may take Ms. Batra's deposition on September 7, 2022.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 25, 2022                          Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**               **COOLEY LLP**

By: /s/ *Jeffrey P. Campisi*                  By: /s/ *Ryan E. Blair*
    Jeffrey P. Campisi                            Ryan E. Blair

Robert N. Kaplan (admitted *pro hac vice*)    JOHN C. DWYER (136533)
Jeffrey P. Campisi (admitted *pro hac vice*)  (dwyerjc@cooley.com)
Jason A. Uris (admitted *pro hac vice*)       BRETT H. DE JARNETTE (292919)
850 Third Avenue, 14th Floor                  (bdejarnette@cooley.com)
New York, NY 10022                            3175 Hanover Street
Telephone:   (212) 687-1980                   Palo Alto, California 94304-1130
Facsimile:   (212) 687-7714                   Telephone: +1 650 843 5000
*rkaplan@kaplanfox.com*                       Facsimile: +1 650 849 7400
*jcampisi@kaplanfox.com*
*juris@kaplanfox.com*                         RYAN E. BLAIR (246724)
                                              (rblair@cooley.com)
Laurence D. King (SBN 206423)                 4401 Eastgate Mall
Kathleen A. Herkenhoff (SBN 168562)           San Diego, California 92121-1909
Blair E. Reed (SBN 316791)                    Telephone: +1 858 550 6000
1999 Harrison Street, Suite 1560              Facsimile: +1 858 550 6420
Oakland, CA 94612
Telephone: (415) 772-4700                     JEFFREY D. LOMBARD (285371)
Facsimile: (415) 772-4707                     (jlombard@cooley.com)
*lking@kaplanfox.com*                         1700 Seventh Avenue, Suite 1900
*kherkenhoff@kaplanfox.com*                   Seattle, Washington 98101-1355
*breed@kaplanfox.com*                         Telephone: +1 206 452 8700
                                              Facsimile: +1 206 452 8800
*Class Counsel for Lead Plaintiffs Julia Junge
and Richard Junge and the Class*              *Attorneys for Defendants Geron Corporation
                                              and John A. Scarlett*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jeffrey P. Campisi, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of June 2022, at New York, New York.

                                               /s/ *Jeffrey P. Campisi*
                                                   Jeffrey P. Campisi

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2022

_____
THE HONORABLE JUDGE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE