1  **KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
2  Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
3  1999 Harrison Street, Suite 1560
Oakland, CA 94612
4  Telephone: (415) 772-4700
Facsimile: (415) 772-4707
5  *lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
6  *breed@kaplanfox.com*

7  **KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (admitted *pro hac vice*)
8  Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
9  850 Third Avenue, 14th Floor
New York, NY 10022
10  Telephone:  (212) 687-1980
Facsimile:  (212) 687-7714
11  *rkaplan@kaplanfox.com*
*jcampisi@kaplanfox.com*
12  *juris@kaplanfox.com*

13  *Class Counsel for Lead Plaintiffs Julia and
Richard Junge and the Class*
14

15              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
16              **SAN FRANCISCO DIVISION**

17  JULIA JUNGE and RICHARD JUNGE, on          Case No.: 3:20-cv-00547-WHA (DMR)
    behalf of themselves and a class of similarly
18  situated investors,                        CLASS ACTION

19                          Plaintiffs,        (Consolidated with Case No. 3:20-cv-01163-
                 v.                            WHA)
20
    GERON CORPORATION and JOHN A.              (Related to Case No.: 3:20-cv-02823-WHA;
21  SCARLETT,                                  3:22-mc-80051-WHA)

22                          Defendants.        **STIPULATION AND [PROPOSED]
                                               ORDER CONCERNING DEPOSITION
23                                             UNDER FED. R. CIV. P. 30(b)(1) AFTER
                                               FACT DISCOVERY CUT-OFF**
24

25

26

27

28
                                                    Case No. 3:20-cv-00547-WHA

1    WHEREAS, the Case Management Order (ECF No. 139) in the above-captioned action

2    provides that the non-expert discovery cut-off date was March 18, 2022;

3    WHEREAS, on December 21, 2021, under Rule 26 of the Court's Supplemental Order to

4    Order Setting Initial Case Management Conference in Civil Cases before Judge William Alsup,

5    Lead Plaintiffs requested from Defendants dates for depositions of certain current or former

6    employees of Defendant Geron Corporation ("Geron" or the "Company"), including Neeru Batra,

7    a current employee of Geron;

8    WHEREAS, on January 4, 2022, Defendants informed Lead Plaintiffs that Ms. Batra is

9    currently on maternity leave from the Company;

10   WHEREAS, on January 6 and 21, 2022, Lead Plaintiffs asked Defendants to advise when

11   Ms. Batra may be available for a deposition during the fact-discovery period;

12   WHEREAS, on February 2, 2022, Defendants informed Lead Plaintiffs that Ms. Batra is

13   currently out on medical leave and then she will be out on maternity leave with a newborn child

14   and, therefore, is unavailable to be deposed during the fact-discovery period (*i.e.*, on or before

15   March 18, 2022);

16   WHEREAS, the Parties met and conferred, and agreed that Lead Plaintiffs may take

17   Ms. Batra's deposition after the fact discovery cut-off, and on February 9, 2022, submitted a

18   Stipulation and Proposed Order Concerning Deposition under Fed. R. Civ. P. 30(b)(1) after Fact

19   Discovery Cut-Off (ECF No. 161);

20   WHEREAS, on February 10, 2022, the Court so ordered the parties stipulation that under

21   Rule 30(b)(1) of the Federal Rules of Civil Procedure and the Case Management Order (ECF

22   No. 139), Lead Plaintiffs may take Ms. Batra's deposition after the fact discovery cut-off of

23   March 18, 2022; and Defendants shall provide at least three dates when Ms. Batra would be

24   available for such a deposition under Rule 30(b)(1) of the Federal Rules of Civil Procedure on or

25   before June 2, 2022 (ECF No. 162);

26   WHEREAS, on March 22, 2022, the Court entered the Joint Stipulation for Modification of

27   Certain Deadlines in Case Management Order [ECF No. 139], which, among other things, set

28   September 12, 2022, as the deadline for dispositive motions (ECF No. 195, ¶ 5);

STIP. & [PROPOSED] ORDER CONCERNING DEPOSITION UNDER FED. R. CIV. P. 30(B)(1) AFTER FACT
DISCOVERY CUT-OFF

1    WHEREAS, on May 4, 2022, the Parties discussed the timing of Ms. Batra's deposition.  In

2    light of the modifications to the deadlines in the Case Management Order and Defendants informed

3    Lead Plaintiffs that Ms. Batra continues to be out on maternity leave and, therefore, is unavailable

4    to be deposed on or before June 2, 2022;

5    WHEREAS, on May 16, 2022, Defendants informed Lead Plaintiffs that Ms. Batra still does

6    not have a return date from her maternity leave, but provided Lead Plaintiffs with three dates before

7    the dispositive motion deadline of September 12, 2022 (July 26-28, 2022), where Ms. Batra had

8    agreed to make herself available for deposition;

9    WHEREAS, on May 17, 2022, Lead Plaintiffs informed Defendants that they selected

10    July 27, 2022, to take Ms. Batra's deposition;

11    WHEREAS, on May 18, 2022, the Parties submitted a Stipulation and Proposed Order

12    Concerning Deposition under Fed. R. Civ. P. 30(b)(1) after Fact Discovery Cut-Off (ECF No. 223),

13    and, on May 23, 2022, the Court ordered that Ms. Batra's deposition may take place on July 27,

14    2022 (ECF No. 224);

15    WHEREAS, on June 28, 2022, the Court entered an Amended Scheduling Order whereby

16    it, among other things, (1) extended the expert discovery cut-off to August 31, 2022, and the last

17    date to file a dispositive motion to October 11, 2022, and (2) moved the Parties' trial date to

18    January 17, 2023 (ECF No. 231);

19    WHEREAS, on July 22, 2022, Defendants informed Plaintiffs that Ms. Batra had not yet

20    returned to work from her maternity leave and requested that Plaintiffs agree to further defer

21    Ms. Batra's deposition and, subsequently, on July 23, 2022, informed Plaintiffs that Ms. Batra was

22    available any day during the week of September 6-9, 2022, for her deposition;

23    WHEREAS, on July 22, 2022, Plaintiffs filed an Unopposed Motion to Extend Expert

24    Disclosure and Discovery Deadlines in the June 28, 2022 Amended Scheduling Order, requesting

25    that the Court extend, among other things, the expert discovery cut-off to October 14, 2022, and the

26    dispositive motion deadline to November 14, 2022 (ECF No. 237);

27

28

STIP. & [PROPOSED] ORDER CONCERNING DEPOSITION UNDER FED. R. CIV. P. 30(B)(1) AFTER FACT
DISCOVERY CUT-OFF

1       WHEREAS, on July 24, 2022, the Court entered an order, among other things, extending

2   the expert discovery cut-off to October 14, 2022, and the dispositive motion deadline to

3   November 14, 2022 (ECF No. 238);

4       WHEREAS, on July 24, 2022, Plaintiffs informed Defendants that they selected

5   September 7, 2022, to take Ms. Batra's deposition;

6       ACCORDINGLY, the Parties stipulate, and request that the Court order, as follows:

7       Under Rule 30(b)(1) of the Federal Rules of Civil Procedure and the Case Management

8   Order (ECF No. 139), as modified by ECF Nos. 195, 231, and 238, Lead Plaintiffs may take

9   Ms. Batra's deposition on September 7, 2022.

10       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

11

12   DATED:  July 25, 2022         Respectfully submitted,

13   **KAPLAN FOX & KILSHEIMER LLP**    **COOLEY LLP**

14   By:  /s/ *Jeffrey P. Campisi*       By:  /s/ *Ryan E. Blair*
          Jeffrey P. Campisi             Ryan E. Blair

15   Robert N. Kaplan (admitted *pro hac vice*)   JOHN C. DWYER (136533)
    Jeffrey P. Campisi (admitted *pro hac vice*)  (dwyerjc@cooley.com)

16   Jason A. Uris (admitted *pro hac vice*)    BRETT H. DE JARNETTE (292919)
    850 Third Avenue, 14th Floor       (bdejarnette@cooley.com)

17   New York, NY 10022         3175 Hanover Street
    Telephone:   (212) 687-1980    Palo Alto, California 94304-1130

18   Facsimile:   (212) 687-7714    Telephone: +1 650 843 5000
    *rkaplan@kaplanfox.com*       Facsimile: +1 650 849 7400

19   *jcampisi@kaplanfox.com*
    *juris@kaplanfox.com*        RYAN E. BLAIR (246724)

20                     (rblair@cooley.com)
    Laurence D. King (SBN 206423)    4401 Eastgate Mall

21   Kathleen A. Herkenhoff (SBN 168562)  San Diego, California 92121-1909
    Blair E. Reed (SBN 316791)     Telephone: +1 858 550 6000

22   1999 Harrison Street, Suite 1560   Facsimile: +1 858 550 6420
    Oakland, CA 94612

23   Telephone: (415) 772-4700     JEFFREY D. LOMBARD (285371)
    Facsimile: (415) 772-4707     (jlombard@cooley.com)

24   *lking@kaplanfox.com*       1700 Seventh Avenue, Suite 1900
    *kherkenhoff@kaplanfox.com*    Seattle, Washington 98101-1355

25   *breed@kaplanfox.com*      Telephone: +1 206 452 8700
                     Facsimile: +1 206 452 8800

26   *Class Counsel for Lead Plaintiffs Julia Junge*
    *and Richard Junge and the Class*    *Attorneys for Defendants Geron Corporation*

27                     *and John A. Scarlett*

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jeffrey P. Campisi, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July 2022, at New York, New York.


 /s/ *Jeffrey P. Campisi*
Jeffrey P. Campisi

- 4 -                                        Case No. 3:20-cv-00547-WHA

STIP. & [PROPOSED] ORDER CONCERNING DEPOSITION UNDER FED. R. CIV. P. 30(B)(1) AFTER FACT
DISCOVERY CUT-OFF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2022

_____

THE HONORABLE JUDGE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

- 5 -                                    Case No. 3:20-cv-00547-WHA

STIP. & [PROPOSED] ORDER CONCERNING DEPOSITION UNDER FED. R. CIV. P. 30(B)(1) AFTER FACT
DISCOVERY CUT-OFF