| | |
|---|---|
| **KAPLAN FOX & KILSHEIMER LLP**<br>Laurence D. King (SBN 206423)<br>Kathleen A. Herkenhoff (SBN 168562)<br>Blair E. Reed (SBN 316791)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707<br>*lking@kaplanfox.com*<br>*kherkenhoff@kaplanfox.com*<br>*breed@kaplanfox.com*<br><br>**KAPLAN FOX & KILSHEIMER LLP**<br>Robert N. Kaplan (admitted *pro hac vice*)<br>Jeffrey P. Campisi (admitted *pro hac vice*)<br>Jason A. Uris (admitted *pro hac vice*)<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone:  (212) 687-1980<br>Facsimile:  (212) 687-7714<br>*rkaplan@kaplanfox.com*<br>*jcampisi@kaplanfox.com*<br>*juris@kaplanfox.com*<br><br>*Class Counsel for Lead Plaintiffs and Class Representatives Julia and Richard Junge and the Class* | **COOLEY LLP**<br>Ryan E. Blair (246724)<br>*rblair@cooley.com*<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br><br>*Counsel for Defendants Geron Corporation and John A. Scarlett* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JULIA JUNGE and RICHARD JUNGE, on behalf of themselves and a class of similarly situated investors,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>GERON CORPORATION and JOHN A. SCARLETT,<br><br>　　　　　　　　Defendants. | Case No.: 3:20-cv-00547-WHA<br><br>CLASS ACTION<br><br>(Consolidated with Case No. 3:20-cv-01163-WHA; Related to Case No. 3:22-mc-80051-WHA)<br><br>**NOTICE OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CERTAIN DEADLINES IN ORDER ON MOTION GRANTING LEAD PLAINTIFFS' MOTION TO EXTEND DISCLOSURE AND DISCOVERY DEADLINES [ECF NO. 238]** |

The parties to the above-captioned action (the "Parties" and the "Action," respectively), in good faith, submit the below stipulation and proposed order pursuant to Civil L.R. 6-2 for review and approval by the Court:

WHEREAS, on May 31, 2022, the Parties participated in an extensive and arms' length Settlement Conference before the Honorable Magistrate Judge Donna M. Ryu ("Magistrate Ryu");

WHEREAS, on July 24, 2022, the Court issued an Order Granting Lead Plaintiffs' Motion to Extend Disclosure and Discovery Deadlines in the June 28, 2022 Amended Scheduling Order [ECF No. 238] ("Scheduling Order"), which set forth a case schedule for the Action;

WHEREAS, on August 12, 2022, the Parties participated in a second extensive and arms' length Settlement Conference before Magistrate Ryu, and after substantial negotiation, were able to reach agreement on financial terms of a proposed agreement to resolve the Action;

WHEREAS, on August 12, 2022, Magistrate Ryu indicated in a Minute Entry on the docket in the Action that the Parties would seek to enter a Memorandum of Understanding ("MOU") not later than August 19, 2022;

WHEREAS, on August 19, 2022, the Parties entered into an MOU to document the settlement in principle of the Action (the "Proposed Settlement");

WHEREAS the Proposed Settlement was reached only after two extensive and arms' length Settlement Conferences before Magistrate Ryu, including extensive submission of confidential mediation statements on each occasion;

WHEREAS, the Parties are proceeding to further document the Proposed Settlement in a formal Stipulation of Settlement and Lead Plaintiffs anticipate filing a preliminary approval motion on or before September 6, 2022;

WHEREAS, the current Scheduling Order set the last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("Opening Reports") as September 9, 2022, and set September 23, 2022 as the deadline for other parties to disclose any expert reports on the same issue ("Opposition Reports"). The Scheduling Order further set September 30, 2022 as the date on which the party with the burden of proof must disclose any reply reports rebutting specific material in opposition

reports (the "Rebuttal Reports").  As defined herein, these three deadlines (September 9, September 23 and September 30, 2022) are the "Expert Report Deadlines."

WHEREAS, the Scheduling Order set October 14, 2022 as the cutoff for all expert discovery (the "Expert Discovery Deadline");

WHEREAS, in addition to the Scheduling Order, the Court has permitted the deposition of Geron Corporation employee Neeru Batra ("Batra") to occur, due to her ongoing maternity leave, after the March 18, 2022 fact discovery cut-off in stipulated orders set forth in ECF Nos. 162, 223 and 241, with the current stipulated and ordered date for Ms. Batra's deposition set for September 7, 2022;

WHEREAS, Batra is represented by Cooley LLP ("Cooley") for purposes of her deposition in this Action, and Cooley has authority to agree to continue Batra's deposition to a date to be reset and re-noticed to occur not later than ten (10) days before any further continued date for Opening Reports;

WHEREAS the Parties seek a continuance of sixty (60) days of the Expert Report Deadlines and the Expert Discovery Deadline in the current Scheduling Order, as well as an extension of the date for Batra's deposition, to conserve resources and permit the Parties to focus on documenting the Stipulation of Settlement and seeking preliminary approval; and

WHEREAS, the Court has previously granted three prior continuances of deadlines set in this Action, as set forth in ECF Nos. 139, 195, 231 and 238, accordingly the continuance requested herein would be the fourth continuance of certain deadlines in the case schedule in the Action;

Accordingly, the Parties stipulate, and request that the Court order, as follows:

1. The Expert Report Deadlines are continued for a period of sixty (60) days as follows: Opening Reports due November 8, 2022; Opposition Reports due November 22, 2022; Rebuttal Reports due November 29, 2022.

2. The Expert Discovery Deadline is continued for a period of sixty (60) days to December 13, 2022.

3. The Batra Deposition shall be reset and re-noticed for a date not later than ten (10) days prior to the new deadline for Opening Reports.

4. The Parties shall submit a status report to the Court not later than September 6, 2022 in the event a Motion for Preliminary Approval of the Proposed Settlement is not filed on or before that date.

5. Upon filing the Motion for Preliminary Approval, the Parties may apply to the Court for further relief from the Expert Report Deadlines, Expert Discovery Deadline, and the deadline for the Batra Deposition. In addition, upon filing the Motion for Preliminary Approval, the Parties may apply to the Court for relief from the other deadlines set forth in the current Scheduling Order, including the currently scheduled January 17, 2023 trial date.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

**COOLEY LLP**

DATED: August 22, 2022

By: /s/ *Ryan E. Blair*
Ryan E. Blair

Ryan E. Blair (SBN 246724)
*rblair@cooley.com*
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Counsel for Defendants Geron Corporation and John A. Scarlett*

**KAPLAN FOX & KILSHEIMER LLP**

DATED: August 22, 2022

By: /s/ *Jeffrey P. Campisi*
Jeffrey P. Campisi

Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*rkaplan@kaplanfox.com*
*jcampisi@kaplanfox.com*
*juris@kaplanfox.com*

*Class Counsel for Lead Plaintiffs and Class Representatives Julia and Richard Junge and the Class*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jeffrey P. Campisi, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of August 2022, at New York, New York.

By: */s/ Jeffrey P. Campisi*
Jeffrey P. Campisi

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, **IT IS SO ORDERED.**

Dated: _____, 2022

_____
The Honorable Judge William Alsup
United States District Judge