**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:  (212) 687-1980
Facsimile:  (212) 687-7714
*rkaplan@kaplanfox.com*
*jcampisi@kaplanfox.com*
*juris@kaplanfox.com*

*Class Counsel for Lead Plaintiffs Julia Junge and Richard Junge and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JULIA JUNGE and RICHARD JUNGE, on behalf of themselves and a class of similarly situated investors,<br><br>Plaintiffs,<br><br>v.<br><br>GERON CORPORATION and JOHN A. SCARLETT,<br><br>Defendants. | Case No. 3:20-cv-00547-WHA (DMR)<br><br>Class Action<br>(Consolidated with Case No. 3:20-cv-01163-WHA); (Related to Case No. 3:20-cv-02823-WHA; 3:22-mc-80051-WHA)<br><br>**NOTICE OF ERRATA TO DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION AND IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND AWARDS TO LEAD PLAINTIFFS FOR LOST WAGES UNDER 15 U.S.C. § 78u-4(a)(4)**<br><br>Judge: Hon. William H. Alsup<br>Courtroom: 12, 19th Floor<br>Date:  March 30, 2023<br>Time: 11:00 a.m. |

# NOTICE OF ERRATA

Lead Counsel for Lead Plaintiffs in the above-captioned action respectfully submits this errata to the Declaration of Jeffrey P. Campisi in Support of: (A) Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation; and (B) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Awards to Lead Plaintiffs for Lost Wages under 15 U.S.C. §78u-4(a)(4) ("Campisi Declaration"), ECF No. 262, in order to correct an inadvertent error.

At Paragraphs 314 and 321, the Campisi Declaration cites to a hyperlink address at https://spaces.hightail.com/receive/Ks6ymPYtCH when in fact the correct hyperlink is https://spaces.hightail.com/receive/zx6dFYgoTL.

DATED: February 3, 2023

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By:   /s/ *Jeffrey P. Campisi*
          Jeffrey P. Campisi

Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:     (212) 687-1980
Facsimile:      (212) 687-7714
*rkaplan@kaplanfox.com*
*jcampisi@kaplanfox.com*
*juris@kaplanfox.com*

Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:     (415) 772-4700
Facsimile:      (415) 772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

*Class Counsel for Lead Plaintiffs Julia Junge and Richard Junge and the Class*