**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:  (212) 687-1980
Facsimile:  (212) 687-7714
*rkaplan@kaplanfox.com*
*jcampisi@kaplanfox.com*
*juris@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

*Class Counsel for Lead Plaintiffs Julia Junge and Richard Junge and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JULIA JUNGE and RICHARD JUNGE, on behalf of themselves and a class of similarly situated investors,<br><br>              Plaintiffs,<br><br>     v.<br><br>GERON CORPORATION and JOHN A. SCARLETT,<br><br>              Defendants. | Case No. 3:20-cv-00547-WHA (DMR)<br><br>Class Action<br>(Consolidated with Case No. 3:20-cv-01163-WHA); (Related to Case No. 3:20-cv-02823-WHA; 3:22-mc-80051-WHA)<br><br>**NOTICE OF CHANGE OF ADDRESS FOR ATTORNEYS JEFFREY P. CAMPISI, JASON A. URIS, AND ROBERT N. KAPLAN**<br><br>Judge: Hon. William H. Alsup |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, effective February 21, 2023, the New York office of Kaplan Fox & Kilsheimer LLP has relocated, and the address information for attorneys Jeffrey P. Campisi, Jason A. Uris, and Robert N. Kaplan has changed.  The new address is:

>Kaplan Fox & Kilsheimer LLP
>800 Third Avenue, 38th Floor
>New York, NY  10022

The phone and fax numbers, and email addresses for Mr. Campisi, Mr. Uris, and Mr. Kaplan remain the same.

DATED:  February 24, 2023

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By:   /s/ *Jeffrey P. Campisi*
          Jeffrey P. Campisi

Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:    (212) 687-1980
Facsimile:    (212) 687-7714
*rkaplan@kaplanfox.com*
*jcampisi@kaplanfox.com*
*juris@kaplanfox.com*

Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:    (415) 772-4700
Facsimile:    (415) 772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

*Class Counsel for Lead Plaintiffs Julia Junge and Richard Junge and the Class*