UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOLLEN, et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>GERON CORPORATION, et al.,<br><br>　　　Defendants. | No. C 20-cv-00547 WHA<br><br>**REQUEST FOR INFORMATION RE: MOTION FOR APPROVAL OF DISTRIBUTION PLAN** |

This order requires further information in order to render an informed decision regarding the parties' requests. *In addition to* each request for information and sworn affidavit made from the bench, plaintiffs' counsel and Epiq Class Action and Claims Solutions, Inc. shall provide the following:

- Billing rates and billing records for each employee who billed hourly work to the administration of the settlement.
    - This must include records of hours and rates for first and second level claim reviewers, discussed at the hearing.
    - This must include hourly billing records for "time spent by Epiq's project management team, business analysts, and data analysts," including, but not limited to, each position listed in the Amin-Giwner declaration (Dkt. No. 313-2 ¶ 75).

- A more detailed breakdown of the "fees and expenses" found in the Amin-Giwner declaration (Dkt. No. 313-2 ¶ 73). Printing, mailing and postage costs must be substantiated.
- The "periodic reports of and invoices for all of the work Epiq performed" that Epiq has provided to counsel but omitted from its papers to the Court.

**IT IS SO ORDERED.**

Dated: January 25, 2024

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE