1  **KAPLAN FOX & KILSHEIMER LLP**
   Laurence D. King (SBN 206423)
2  1999 Harrison Street, Suite 1560
   Oakland, CA 94612
3  Telephone: (415) 772-4700
   Facsimile: (415) 772-4707
4  *lking@kaplanfox.com*

5  **KAPLAN FOX & KILSHEIMER LLP**
   Robert N. Kaplan (admitted *pro hac vice*)
6  Jeffrey P. Campisi (admitted *pro hac vice*)
   Jason A. Uris (admitted *pro hac vice*)
7  800 Third Avenue, 38th Floor
   New York, NY 10022
8  Telephone: (212) 687-1980
   Facsimile: (212) 687-7714
9  *rkaplan@kaplanfox.com*
   *jcampisi@kaplanfox.com*
10 *juris@kaplanfox.com*

11 *Class Counsel for Lead Plaintiffs Julia Junge and Richard Junge and the Class*

12

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIA JUNGE and RICHARD JUNGE, on behalf of themselves and a class of similarly situated investors, <br><br> Plaintiffs, <br><br> v. <br><br> GERON CORPORATION and JOHN A. SCARLETT, <br><br> Defendants. | Case No. 3:20-cv-00547-WHA (DMR) <br><br> <u>Class Action</u> <br> (Consolidated with Case No. 3:20-cv-01163-WHA); (Related to Case No. 3:20-cv-02823-WHA; 3:22-mc-80051-WHA) <br><br> **LEAD PLAINTIFFS' NOTICE OF COMPLIANCE WITH ECF NO. 336 (ORDER DENYING MOTIONS TO SEAL)** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

On September 26, 2024, the Court denied the parties' motions to seal ECF No. 198 (lead plaintiffs' letter) and ECF No. 200 (defendants' letter) and ordered the parties to "refile all briefing and documents in accordance with this order by **OCTOBER 24, 2024, AT NOON**." ECF No. 336. Attached hereto as Exhibit 1 is an unredacted version of ECF No. 198.

Respectfully submitted,

DATED: October 23, 2024

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Jeffrey P. Campisi*
       Jeffrey P. Campisi

Robert N. Kaplan (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:    (212) 687-1980
Facsimile:     (212) 687-7714
*rkaplan@kaplanfox.com*
*jcampisi@kaplanfox.com*
*juris@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:    (415) 772-4700
Facsimile:     (415) 772-4707
*lking@kaplanfox.com*

*Class Counsel for Lead Plaintiffs Julia Junge and Richard Junge and the Class*