# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

cand.uscourts.gov

## Post-Distribution Accounting Form

For guidance and instruction, please see
https://www.cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/

| | |
|---|---|
| Case Number (YY-xx-#####) | 3:20-cv-00547-WHA |
| Case Name | Tollen v. Geron Corporation, et al. |
| Attorney Name | Jeffrey P. Campisi |
| Nature of Action | Claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 |
| Attorney Email | jcampisi@kaplanfox.com |
| Party Represented | Lead Plaintiffs and Class Representatives Julia Junge and Richard Junge |
| This is: | ☒ An interim post-distribution accounting.<br>    Not all settlement funds have been distributed.<br>☐ A final post-distribution accounting.<br>    All settlement funds have been distributed. |

| | | | |
|---|---|---|---|
| 1. | Total settlement fund | $25,541,857.42 ($24 million Settlement Amount plus interest) | |
| 2. | Number of class members | 146,019 notices<br>128,761 supplemental notices | |
| 3. | Number of class members to whom notice was sent and not returned as undeliverable | 138,234<br>118,828 | |
| 4. | Number of claim forms submitted | 7,654 | N/A ☐ |
| 5. | Percentage of claim forms submitted  [=Q4/Q3] | 5.5%/6.5% | N/A ☐ |
| 6. | Number of opt-outs | 130 | |
| 7. | Percentage of opt-outs  [=Q6/Q3] | 0.09% | |
| 8. | Number of objections | 0 | |
| 9. | Percentage of objections  [=Q8/Q3] | 0 | |
| 10. | Average recovery per claimant | $4,626.16 | |
| 11. | Median recovery per claimant | $564.43 | |

| | | |
|---|---|---|
| 12. Maximum recovery per claimant | | $2,975,271.77 |
| 13. Minimum recovery per claimant | | $10.02 |
| 14. Methods of notice to class members [1 or more], and percentage of success by method if known. Leave percentage blank if not known. | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | | Mail | ✓ | | Email | ☐ | Text |
| ✓ | | Advertisement | ✓ | | Website | ☐ | Other |

| 15. Methods of payment to class members [1 or more], and percentage of success by method if known. Leave percentage blank if not known. |
|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | | Direct Deposit | ☐ | | Gift Card | ✓ 93% | Paper Check |
| ✓ 100% | | Wire | ☐ | | Payment App | ☐ | Other |

| | | |
|---|---|---|
| 16. Number of checks not cashed | 212 out of 3,211 issued | |
| 17. Total value of checks not cashed | $542,995.92 | |
| 18. Amount of settlement funds claimed by class member | $70,855,587.63 | N/A ☐ |
| 19. Amount of settlement funds distributed to class members | $18,384,340.16 | |

| 20. Amounts distributed to each cy pres recipient | | Name | Amount |
|---|---|---|---|
| | 1. | | $ |
| | 2. | | $ |
| | 3. | | $ |
| | 4. | | $ |
| | 5. | | $ |
| | 6. | | $ |
| | 7. | | $ |
| | 8. | | $ |
| | 9. | | $ |
| | 10. | | $ |

| | |
|---|---|
| 21. Administrative costs | $900,000.000 |
| 22. Attorneys' fees | $4,320,000.00 (plus 18% of interest) |
| 23. Attorneys' costs excluding expert costs | $382,674.17 |

| | |
|---|---|
| 24. Expert costs | $703,679.10 |
| 25. Attorneys' fees in terms of percentage of the settlement fund | 18% |
| 26. Plaintiffs' counsel's final lodestar total | $4,951,210 |
| 27. Lodestar multiplier [# x.y] | 0.87 |
| 28. Describe any potential fraud issues encountered, the likely causes, and how they were addressed | |
| | |
| 29. Number of class members availing themselves of nonmonetary relief | n/a |
| 30. Aggregate value redeemed | n/a |

Continued on next page.

| |
|---|
| 31. Where injunctive and or other non-monetary relief has been obtained, discuss the benefit conferred on the class. |
| |
| 32. Other notes and issues required to be addressed by judge's standing order. |
| |

End of form.