**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL TOLLEN, et al., | Case No.  20-cv-00547-BLF |
| Plaintiffs, | |
| v. | **ORDER REGARDING FURTHER STATUS UPDATE; AND APPROVING PROPOSED *CY PRES* RECIPIENT AND DISTRIBUTION PLAN** |
| GERON CORPORATION, et al., | |
| Defendants. | [Re: ECF Nos. 348, 349] |

On February 2, 2026, the Court ordered Class Counsel to proceed with a third distribution of the settlement fund and subsequently file a post-distribution accounting form and status update, including identifying the remaining value of the net settlement fund, and proposing *cy pres* recipients if necessary.  *See* ECF No. 346.  Class Counsel has now submitted a third post-distribution accounting form showing that the remaining value of the net settlement fund is $4,832.39.  ECF No. 348 ¶ 17.1.  As the approved plan of distribution of funds contemplates a final payment to a *cy pres* recipient to be approved by the Court if the remaining value of the net settlement fund is less than $5,000.00, ECF No. 332 ¶ 3(d)(vii), Class Counsel has now proposed a *cy pres* recipient and final plan of distribution, ECF No. 349.

The Ninth Circuit "encourage[s] the selection of *cy pres* recipients that both promote the objectives of the underlying statute(s) and serve the interests of the silent class members." *Perkins v. Linkedin Corp.*, No. 13-cv-04303-LHK, 2016 WL 613255, at *13 (N.D. Cal. Feb. 16, 2016) (internal quotation marks and citation omitted).  "The Court must be 'guided by' these considerations and evaluate whether the *cy pres* distribution is 'the next best distribution' to giving the funds directly to the class members." *Id.* (quoting *Dennis v. Kellogg Co.*, 697 F.3d 858, 865 (9th Cir. 2012)).

United States District Court
Northern District of California

Here, Class Counsel proposes the Council of Institutional Investors' Research and Education Fund ("CII-REF") as the *cy pres* recipient for the remaining value of the Net Settlement Fund.  ECF No. 349.  According to Class Counsel, CII's[1] mission lies in educating the community about corporate governance, shareowner rights, and related investment issues and in nonpartisan advocacy as to those issues.  *Id.* at 1.  The Court is satisfied that this proposed *cy pres* recipient and distribution plan "bears a substantial nexus to the interests of the class members."  *See Lane v. Facebook, Inc.*, 696 F.3d 811, 821 (9th Cir. 2012).  Accordingly, the Court hereby orders as follows:

(1) CII-REF is APPROVED as the *cy pres* recipient.

(2) Class Counsel SHALL take all necessary actions to effectuate a *cy pres* distribution of the balance of the net settlement fund to CII-REF.

(3) Class Counsel SHALL file a status update and fourth post-distribution accounting form within 30 days of effectuating the distribution or within 90 days of the date of this Order, whichever is earlier.

**IT IS SO ORDERED.**

Dated:  May 28, 2026

_____
BETH LABSON FREEMAN
United States District Judge

---

[1] CII established a 501(c)(3) nonprofit association, CII-REF.

2